√#113  #129605

FILED
11 JUN 23 PM 2:13
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: LINDSAY, DANIEL ALAN     Case No. 10-36829

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Marathon Petroleum Co. | 539 S. Main Street<br>Findlay, OH 45840 | $1.61 |

Check for $1.61 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 6/22/2011

_____
John N. Graham, Trustee